UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

FILED
AUG 21 2007
IN THIS OFFICE
Clerk, U. S. District Court
Greensboro, N. C.
By _____

UNITED STATES OF AMERICA

v.   CASE NO. 1:07CR284

IVORY DICKERSON

### CONSENT TO TRANSFER OF CASE
### FOR PLEA AND SENTENCE
### (Under Rule 20)

I, IVORY DICKERSON, defendant, have been informed that an information is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Middle District of North Carolina in which I am held and to waive trial in the above captioned District.

Dated: August 9, 2007, at 1:00pm SEMINOLE COUNTY JAIL

_____
IVORY DICKERSON

_____
(Witness)

_____
Joseph Fisher

**APPROVED**

_____
United States Attorney for the Middle
District of North Carolina

_____
United States Attorney for the Middle
District of Florida

FORM USA-153SFP 82

A True Copy
Teste:
John S. Brubaker, Clerk
By: _____
Deputy Clerk

Rule 20 -- Transfer Notice

**U.S. Department of Justice**

| To: | District<br>Middle District of North Carolina | Date<br>August 7, 2007 |
|---|---|---|
| Name of Subject<br>IVORY DICKERSON | Statutes Violated<br>18 U.S.C. § 2251(a) & (e) -- two counts<br>18 U.S.C. § 2252A(a)(5)(B) -- one count | File Data (Initials and Number)<br>1:07CR284-1 |

## Part A -- District of Arrest

☒ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☒ Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

☒ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20. Docket No. _____

☐ Other (Specify):

☐ The above-named defendant entered a pleas of guilty under Rule 20.
Date of Plea    Date of Sentence    Sentence

| From (Signature and Title) | Address |
|---|---|

## Part B -- District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
on           at           o'clock.
(Kindly notify me of any anticipated delay.)

☒ Enclosed are two certified copies of indictment or information. Docket No. 1:07CR284-1

☒ Please have defendant execute waiver of indictment.

☐ Other (Specify):

| Signature (Name and Title)<br>Lisa B. Briggs, AUSA | District<br>Middle District of North Carolina | Date<br>August 21, 2007 |
|---|---|---|

See United States Attorneys manual 9-14.000 for an explanation of procedures under Rule 7 & 20, Federal Rules of Criminal Procedure.

Replaces OBD-101, Feb. 83 edition may be used

FORM USA-231
NOV. 85