IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.

IVORY DICKERSON

1:07CR284-1

FILED AUG -2 2007 IN THIS OFFICE Clerk U. S. District Court Greensboro, N. C. By _____

The United States Attorney charges:

COUNT ONE

On or about December 13, 2004, in the County of Guilford, in the Middle District of North Carolina, IVORY DICKERSON did knowingly use, persuade, induce, entice, and coerce a minor, that is, D.H., to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256, for the purpose of producing visual depictions of such conduct, and such visual depictions were produced using materials that have been mailed, shipped and transported in interstate and foreign commerce; in violation of Title 18, United States Code, Section 2251(a).

COUNT TWO

On or about June 14, 2005, in the County of Guilford, in the Middle District of North Carolina, IVORY DICKERSON did knowingly use, persuade, induce, entice, and coerce a minor, that is, D.H., to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256, for the purpose of producing visual depictions of such conduct, and such visual depictions were produced using materials that have been mailed, shipped and

transported in interstate and foreign commerce; in violation of Title 18, United States Code, Section 2251(a).

COUNT THREE

On or about November 21, 2006, in the County of Moore, in the Middle District of North Carolina, IVORY DICKERSON knowingly did possess materials that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), said material having been mailed, shipped and transported in interstate and foreign commerce, by any means, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

*Lisa B. Boggs /by LPB*
LISA B. BOGGS
ASSISTANT UNITED STATES ATTORNEY

*Benjamin H. Welch*
By/ ANNA MILLS WAGONER
UNITED STATES ATTORNEY

A True Copy
Teste:
John S. Brubaker, Clerk
By: *Daniel*
Deputy Clerk

2