UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-V-

IVORY D. DICKERSON

Case No. 6:07-CR-150-ORL-22UAM

_____/

**ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to Counts One, Two, and Three of the Information is now accepted and the defendant is adjudged guilty of such offenses. A sentencing hearing has been scheduled for November 30, 2007, under separate notice.

**DONE** and **ORDERED** at Orlando, Florida, on October 3, 2007.

ANNE C. CONWAY
United States District Judge

Copies to:
Counsel of Record